UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TOMMY LEE STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| UNKNOWN NAME CLERK OF U.S. ) | No. 5:11-CV-519-FL |
| CONGRESSMAN WALTER JONES ) | |
| GREENVILLE, N.C. DISTRICT OFFICE, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on December 5, 2011, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for failure to state a claim on which relief may be granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 6, 2011, and Copies To:**

Tommy Lee Stevens (via U.S. Mail) PO Box 826, Mount Olive, NC 28365


December 6, 2011         DENNIS P. IAVARONE, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk